UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
BROWN, ROBERT C                         §    Case No. 11-01369
BROWN, ERIN L                           §
                                        §
         Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/18/2011 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/12/2011                 By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-01369-PSH
Robert C Brown                                                            Chapter 7
Erin L Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: acox              Page 1 of 2         Date Rcvd: Sep 13, 2011
                               Form ID: pdf006         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2011.
```
db/jdb     +Robert C Brown,    Erin L Brown,    12511 South 83rd Avenue,    Palos Park, IL 60464-2022
aty        +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
16672191    American Express,    Box 0001,    Los Angeles, CA 90096-0001
17309634    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17309635    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16672192    Bank of America,    P. O. Box 15026,    Wilmington, DE 19886-5019
16672193    Bank of America,    P. O. Box 15710,    Wilmington, DE 19886-5710
16672194    Capital One,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
16672198   +Capital One,    c/o Portfolio Recovery Assoc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
16672196    Capital One,    P. O. Box 6492,    Carol Stream, IL 60197-6492
16672197    Capital One,    P.O. Box 60511,    City of Industry, CA 91716-0511
17596630    Capital One Auto Finance,    PO Box 829009,    Dallas, TX 75382-9009
16672199    Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
16672200    Chase Bank USA N.A.,    c/o Client Services, Inc.,    3451 Harry Truman Blvd.,
             Saint Charles, MO 63301-4047
17355483    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16672201    Chase/Circuit City,    P. O. Box 15298,    Wilmington, DE 19850-5298
16672202    Citi Platinum Select Card,    Box 6000,    The Lakes, NV 89163-6000
16672204   +Citibank,    c/o Portfolio Recovery Assoc LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
16672203   +Citibank,    c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
17618441    Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
16672206    Ecast Settlement/Capital One,    c/o Creditors Interchange,    P.O. Box 2270,
             Buffalo, NY 14240-2270
16672207   +FIA Card Services/Bank of America,    c/o Portfolio Recovery Assoc.,    P.O. Box 12914,
             Norfolk, VA 23541-0914
16672208    First Midwest Bank,    P. O. Box 9003,    Gurnee, IL 60031-9003
16672212   +HSBC Bank Nevada/Best Buy,    c/o Portfolio Recovery Assoc.,    P.O. Box 12914,
             Norfolk, VA 23541-0914
16672211    Home Pages Directories,    c/o Rauch-Milliken International,    P.O. Box 8390,
             Metairie, LA 70011-8390
16672213   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
             P. O. Box 21126,    Philadelphia, PA 19114)
16672214   +Lisa Vidovic,    10968 Swallow Tail Lane,    Frankfort, IL 60423-2296
16672220   +MRI of Oaklawn LLC,    P.O. Box 75635,    Cleveland, OH 44101-4755
16672219    Macy’s,    P. O. Box 689195,    Des Moines, IA 50368-9195
16672221   +National Loan Recoveries LLC,    c/o Richard J. Boudreau & Assoc.,    5 Industrial Way,
             Salem, NH 03079-4866
16672223    Office Depot,    P. O. Box 689020,    Des Moines, IA 50368-9020
16672224   +Orland Park Building Corp.,    9614 W. 143rd St.,    Orland Park, IL 60462-3268
17537896   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Advanta Bank,    POB 41067,
             Norfolk VA 23541)
17532949   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Bank Of America,    POB 41067,
             Norfolk VA 23541)
17537894   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,
             Norfolk VA 23541)
17538124   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,
             Norfolk VA 23541)
17532950   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    c/o Citibank,    POB 41067,
             Norfolk VA 23541)
16672231    Pierce Riesbeck & Assoc.,    16 W 485 South Frontage Rd.,    Suite 310,    Burr Ridge, IL 60527
16672232    Reward Zone Program/Best Buy,    Mastercard,    P. O. Box 80045,    Salinas, CA 93912-0045
16672233    Sears Gold Mastercard,    P. O. Box 6282,    Sioux Falls, SD 57117-6282
16672234    WFNNB/Loft,    P. O. Box 659705,    San Antonio, TX 78265-9705
16672235    WFNNB/Pottery Barn,    P. O. Box 659705,    San Antonio, TX 78265-9705
16672236    WFNNB/Victoria’s Secret,    P. O. Box 659728,    San Antonio, TX 78265-9728
17222215    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
17285252    eCAST Settlement Corporation, assignee,    of Capital One Bank,    POB 35480,
             Newark, NJ 07193-5480
```

```
District/off: 0752-1           User: acox                  Page 2 of 2                  Date Rcvd: Sep 13, 2011
                               Form ID: pdf006             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16672190       E-mail/Text: bkr@cardworks.com Sep 14 2011 02:53:55      Advanta Bank Corp,    P. O. Box 8088,
                Philadelphia, PA 19101-8088
17288515       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2011 04:03:12
                American InfoSource LP as agent for,    First Data Global Leasing,   PO Box 248838,
                Oklahoma City, OK   73124-8838
16672210       E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2011 03:03:57      Gap,    P. O. Box 530942,
                Atlanta, GA 30353-0942
16672222       E-mail/Text: bnc@nordstrom.com Sep 14 2011 02:52:09      Nordstrom Bank,    P. O. Box 79134,
                Phoenix, AZ 85062-9134
17244736       E-mail/PDF: BNCEmails@blinellc.com Sep 14 2011 03:03:19      Roundup Funding, LLC,    MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16672215      Lisa Vidovic
16672216      Lisa Vidovic
16672217      Lisa Vidovic
16672218      Lisa Vidovic
16672225      Paper Creations
16672226      Paper Creations
16672227      Paper Creations
16672228      Paper Creations
16672229      Paper Creations
16672195*     Capital One,    P. O. Box 30285,   Salt Lake City, UT 84130-0285
16672209*     First Midwest Bank,    P. O. Box 9003,   Gurnee, IL 60031-9003
16672205      ##Citifinancial Retail Services,    P. O. Box 22060,   Tempe, AZ 85285-2060
16672230      ##+PHH Mortgage Services,    4001 Leadenhall Road,   Mount Laurel, NJ 08054-4611
                                                                                 TOTALS: 9, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2011**                    **Signature:** _Joseph Speetjens_