# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROWN, ROBERT C | § | Case No. 11-01369 |
| BROWN, ERIN L | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                      Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                      Claims Discharged
                                                       Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BARRY A. CHATZ_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One P.O. Box 60511 City of Industry, CA 91716-0511 |  |  |  |  |  |
|  | First Midwest Bank P. O. Box 9003 Gurnee, IL 60031-9003 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PHH Mortgage Services 4001 Leadenhall Road Mount Laurel, NJ 08054 | | | | | |
| 000017 | CAPITAL ONE AUTO FINANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp P. O. Box 8088 Philadelphia, PA 19101-8088 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Bank of America P. O. Box 15026 Wilmington, DE 19886-5019 | | | | | |
| | Bank of America P. O. Box 15710 Wilmington, DE 19886-5710 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P. O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One P. O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One P. O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One c/o Portfolio Recovery Assoc. P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Chase Bank USA N.A. c/o Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | |
| | Chase P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase/Circuit City P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Platinum Select Card Box 6000 The Lakes, NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank c/o Portfolio Recovery Assoc LLC P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Citibank c/o Portfolio Recovery Associates P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Citifinancial Retail Services P. O. Box 22060 Tempe, AZ 85285-2060 | | | | | |
| | Ecast Settlement/Capital One c/o Creditors Interchange P.O. Box 2270 Buffalo, NY 14240-2270 | | | | | |
| | FIA Card Services/Bank of America c/o Portfolio Recovery Assoc. P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | First Midwest Bank P. O. Box 9003 Gurnee, IL 60031-9003 | | | | | |
| | Gap P. O. Box 530942 Atlanta, GA 30353-0942 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Nevada/Best Buy c/o Portfolio Recovery Assoc. P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| | Home Pages Directories c/o Rauch-Milliken International P.O. Box 8390 Metairie, LA 70011-8390 | | | | | |
| | MRI of Oaklawn LLC P.O. Box 75635 Cleveland, OH 44101-4775 | | | | | |
| | Macy's P. O. Box 689195 Des Moines, IA 50368-9195 | | | | | |
| | National Loan Recoveries LLC c/o Richard J. Boudreau & Assoc. 5 Industrial Way Salem, NH 03079 | | | | | |
| | Nordstrom Bank P. O. Box 79134 Phoenix, AZ 85062-9134 | | | | | |
| | Office Depot P. O. Box 689020 Des Moines, IA 50368-9020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orland Park Building Corp. 9614 W. 143rd St. Orland Park, IL 60462 | | | | | |
| | Pierce Riesbeck & Assoc. 16 W 485 South Frontage Rd. Suite 310 Burr Ridge, IL 60527 | | | | | |
| | Reward Zone Program/Best Buy Mastercard P. O. Box 80045 Salinas, CA 93912-0045 | | | | | |
| | Sears Gold Mastercard P. O. Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | WFNNB/Loft P. O. Box 659705 San Antonio, TX 78265-9705 | | | | | |
| | WFNNB/Pottery Barn P. O. Box 659705 San Antonio, TX 78265-9705 | | | | | |
| | WFNNB/Victoria's Secret P. O. Box 659728 San Antonio, TX 78265-9728 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000013 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000018 | CITIBANK, N.A. | | | | | |
| 000006 | ECAST SETTLEMENT CORP-CAPITAL ONE | | | | | |
| 000016 | PORTFOLIO RECOVERY - CAPITAL ONE | | | | | |
| 000015 | PORTFOLIO RECOVERY- ADVANTA BANK | | | | | |
| 000011 | PORTFOLIO RECOVERY- BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | PORTFOLIO RECOVERY- BEST BUY | | | | | |
| 000004 | ROUNDUP FUNDING, LLC- ANN TAYLOR | | | | | |
| 000001 | ROUNDUP FUNDING, LLC- CHASE BANK | | | | | |
| 000005 | ROUNDUP FUNDING, LLC- POTTERY BARN | | | | | |
| 000002 | ROUNDUP FUNDING, LLC- THE GAP | | | | | |
| 000003 | ROUNDUP FUNDING, LLC- VICTORIA'S SEC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-01369 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, ROBERT C | | | Date Filed (f) or Converted (c): | 01/14/11 (f) |
| | BROWN, ERIN L | | | 341(a) Meeting Date: | 02/25/11 |
| For Period Ending: | 05/02/12 | | | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 12511 South 83rd Avenue, Palos Park IL | 365,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. Financial Accounts | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Financial Accounts | 10.00 | 0.00 | DA | 0.00 | FA |
| 5. Financial Accounts | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Financial Accounts | 800.00 | 0.00 | DA | 0.00 | FA |
| 7. Household Goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Books / Collectibles 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Furs and Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Education IRA 1 | 9,540.61 | 0.00 | DA | 0.00 | FA |
| 11. Education IRA | 16,787.55 | 16,787.55 | DA | 0.00 | FA |
| 12. Education IRA | 15,248.94 | 15,248.94 | DA | 0.00 | FA |
| 13. Pension / Profit Sharing | 19,108.04 | 0.00 | DA | 0.00 | FA |
| 14. Pension / Profit Sharing | 100,000.00 | 100,000.00 | DA | 0.00 | FA |
| 15. Stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. Contingent Claims | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Vehicles | 19,000.00 | 19,000.00 | DA | 0.00 | FA |
| 19. Vehicles | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 20. TAX REFUNDS, OTHER | 8,747.00 | 8,747.00 | DA | 8,747.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.08 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $564,442.14 | $159,983.49 | | $8,747.08 | $0.00 |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-01369 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, ROBERT C | | | Date Filed (f) or Converted (c): | 01/14/11 (f) |
| | BROWN, ERIN L | | | 341(a) Meeting Date: | 02/25/11 |
| | | | | Claims Bar Date: | 08/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 10/18/11; CHECKS PREPARED 10/18/11; ALL CHECKS CLEARED; PREPARE FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01369 |
| Case Name: | BROWN, ROBERT C |
| | BROWN, ERIN L |
| Taxpayer ID No: | *******0175 |
| For Period Ending: | 05/02/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7484 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/11 | 20 | ROBERT C. AND ERIN L. BROWN 12511 SOUTH 83RD AVENUE PALOS PARK, IL 60464 | TAX REFUND | 1124-000 | 8,747.00 | | 8,747.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,747.06 |
| 09/12/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 8,747.08 |
| 09/12/11 | | Transfer to Acct #*******7536 | Final Posting Transfer | 9999-000 | | 8,747.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 8,747.08 | 8,747.08 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 8,747.08 | |
| | Subtotal | 8,747.08 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 8,747.08 | 0.00 | |

Page Subtotals  8,747.08  8,747.08

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01369 |
| Case Name: | BROWN, ROBERT C |
| | BROWN, ERIN L |
| Taxpayer ID No: | *******0175 |
| For Period Ending: | 05/02/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7536 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/12/11 | | Transfer from Acct #*******7484 | Transfer In From MMA Account | 9999-000 | 8,747.08 | | 8,747.08 |
| 10/18/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,624.71 | 7,122.37 |
| 10/18/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 64.92 | 7,057.45 |
| 10/18/11 | 003003 | ROUNDUP FUNDING, LLC<br>CHASE BANK USA, N.A.<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000001, Payment 7.63071% | 7100-000 | | 581.66 | 6,475.79 |
| 10/18/11 | 003004 | ROUNDUP FUNDING, LLC<br>THE GAP<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000002, Payment 7.63026% | 7100-000 | | 53.73 | 6,422.06 |
| 10/18/11 | 003005 | ROUNDUP FUNDING, LLC<br>VICTORIA'S SECRET<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000003, Payment 7.63081% | 7100-000 | | 44.48 | 6,377.58 |
| 10/18/11 | 003006 | ROUNDUP FUNDING, LLC<br>ANN TAYLOR<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000004, Payment 7.63102% | 7100-000 | | 82.94 | 6,294.64 |
| 10/18/11 | 003007 | ROUNDUP FUNDING, LLC<br>POTTERY BARN<br>MS 550, PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000005, Payment 7.63065% | 7100-000 | | 418.19 | 5,876.45 |

Page Subtotals    8,747.08    2,870.63

Ver: 16.06a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-01369 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BROWN, ROBERT C | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROWN, ERIN L | | Account Number / CD #: | *******7536  BofA - Checking Account |
| Taxpayer ID No: | *******0175 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/11 | 003008 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>CAPITAL ONE BANK<br>POB 35480<br>NEWARK, NJ 07193-5480 | Claim 000006, Payment 7.63069% | 7100-000 | | 1,335.43 | 4,541.02 |
| 10/18/11 | 003009 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIRST DATA GLOBAL LEASING<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Claim 000007, Payment 7.63018% | 7100-000 | | 45.16 | 4,495.86 |
| 10/18/11 | 003010 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000008, Payment 7.63073% | 7100-000 | | 787.03 | 3,708.83 |
| 10/18/11 | 003011 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000009, Payment 7.63098% | 7100-000 | | 10.05 | 3,698.78 |
| 10/18/11 | 003012 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000010, Payment 7.63046% | 7100-000 | | 123.57 | 3,575.21 |
| 10/18/11 | 003013 | BANK OF AMERICA<br>C/O PORTFOLIO RECOVERY ASSOCIATES LLC<br>POB 41067<br>NORFOLK VA 23541 | Claim 000011, Payment 7.63253% | 7100-000 | | 21.02 | 3,554.19 |
| 10/18/11 | 003014 | CITIBANK (SOUTH DAKOTA) N.A.<br>SHELL<br>PROCESSING CENTER<br>DES MOINES, IA 50367 | Claim 000012, Payment 7.63067% | 7100-000 | | 633.29 | 2,920.90 |
| 10/18/11 | 003015 | CITIBANK (SOUTH DAKOTA) N.A.<br>SHELL | Claim 000013, Payment 7.63073% | 7100-000 | | 964.44 | 1,956.46 |

Page Subtotals     0.00     3,919.99

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-01369 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BROWN, ROBERT C | | Bank Name: | BANK OF AMERICA, N.A. |
| | BROWN, ERIN L | | Account Number / CD #: | *******7536 BofA - Checking Account |
| Taxpayer ID No: | *******0175 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/11 | 003016 | PROCESSING CENTER<br>DES MOINES, IA 50367<br>BEST BUY | Claim 000014, Payment 7.63075% | 7100-000 | | 670.98 | 1,285.48 |
| 10/18/11 | 003017 | C/O PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK VA 23541<br>ADVANTA BANK | Claim 000015, Payment 7.63082% | 7100-000 | | 212.78 | 1,072.70 |
| 10/18/11 | 003018 | C/O PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK VA 23541<br>CAPITAL ONE | Claim 000016, Payment 7.63061% | 7100-000 | | 489.21 | 583.49 |
| 10/18/11 | 003019 | C/O PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK VA 23541<br>CITIBANK, N.A.<br>P.O. BOX 140489<br>IRVING, TX 75014-0489 | Claim 000018, Payment 7.63066% | 7100-000 | | 583.49 | 0.00 |

```
                                    COLUMN TOTALS                      8,747.08       8,747.08          0.00
                              Less: Bank Transfers/CD's                8,747.08           0.00
                                    Subtotal                               0.00       8,747.08
                              Less: Payments to Debtors                                   0.00
                                    Net                                    0.00       8,747.08

                                                                                       NET           ACCOUNT
                                    TOTAL - ALL ACCOUNTS            NET DEPOSITS   DISBURSEMENTS     BALANCE
              Money Market Account (Interest Earn - ********7484       8,747.08           0.00          0.00
                            BofA - Checking Account - ********7536         0.00       8,747.08          0.00
                                                                   -------------   -------------   -------------
                                                                       8,747.08       8,747.08          0.00
                                                                   =============   =============   =============

                                    Page Subtotals                         0.00       1,956.46
```

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-01369 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | BROWN, ROBERT C | Bank Name: | BANK OF AMERICA, N.A. |
| | BROWN, ERIN L | Account Number / CD #: | *******7536 BofA - Checking Account |
| Taxpayer ID No: | *******0175 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.06a